(127 So. 802)

## Charlie BURNETT v. STATE.

3 Div. 923.

Supreme Court of Alabama.

April 19, 1930.

Hamilton & Jones, of Evergreen, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

GARDNER, J.

Petition of Charlie Burnett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Burnett v. State, 23 Ala. App. 414, 127 So. 801.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(128 So. 129)

## SLAUGHTER v. STATE.

6 Div. 600.

Supreme Court of Alabama.

March 20, 1930.

Rehearing Denied April 24, 1930.

J. B. Powell, of Jasper, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

ANDERSON, C. J.

The Court of Appeals decided this case upon the authority of Jinright v. State (Ala. Sup.) in 125 So. 606,[1] and counsel for petitioner insists that the citation of this case is inapt as the indictment here is different from the one considered in said case which was under Code form while this one is not under said form. This point may be conceded, but the present indictment is not void. If it be conceded that it is subject to an appropriate demurrer, none was interposed, and the question as to its validity was only raised by the general charge.

An indictment which charges an offense, though defective upon demurrer, is sufficient to support a judgment, and its validity cannot be questioned by a charge. The indictment here charges an offense, and, though one of the alternatives may be insufficient, it will support a conviction. Ex parte State ex rel. Attorney General (State v. Coker), 207 Ala. 656, 93 So. 383.

Writ denied.

SAYRE, THOMAS, and BROWN, JJ., concur.

[1] 220 Ala. 268.